sion, First Department. May 22, 1903.) Action by Charles J. Warren against Mary L. Stratton and another. I. N. Miller, for appellant. J. Stikeman, for respondents. No opinion. Judgment affirmed, with costs.

WARSAW GAS & ELECTRIC CO., Respondent, v. NATIONAL SALT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by the Warsaw Gas & Electric Company against the National Salt Company. No opinion. Order affirmed, with $10 costs and disbursements.

WARTH, Appellant, v. HARDER KNITTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Apollonia Warth, as executor, etc., of Albin Warth, deceased, against the Harder Knitting Company. No opinion. Judgment affirmed, with costs.

WARTH, Respondent, v. LIEBOVITZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Apollonia Warth, trading and doing business under the firm name and style of Albin Warth, against Simon Liebovitz. No opinion. Motion denied. The leave sought for in this application does not seem to be necessary.

WEDDIGAN et al., Respondents, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Frank A. Weddigan and another against William F. Whiting.

PER CURIAM. Order reversed, and motion for new trial granted, upon condition that the defendant, within 30 days after entry and service of a copy of this order, pay plaintiffs the costs of this appeal and the taxable costs of this action accruing from the joinder of issue, including the costs and disbursements upon the reference to ascertain the plaintiffs' damages, as also the disbursements actually incurred by plaintiffs upon the trial of the action and upon said reference for witness fees not taxable, and also upon condition that plaintiffs have the right, at their election, to read from the stenographer's minutes, upon any new trial of the action and upon any reference ordered herein, the evidence of any of their witnesses, already taken, residing outside of the state of New York. In the event of the defendant's failure to comply with the terms of this decision, the order appealed from is affirmed, with costs. The form of the order to be entered hereupon to be settled before HISCOCK, J., upon two days' notice.

WHALEY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by John W. Whaley against the city of New York. No opinion. Motion denied.

WHITEHEAD, Appellant, v. LEE, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by John C. Whitehead against Homer Lee. No opinion. Order affirmed, with $10 costs and disbursements.

WHITELEY v. TERRY. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by John W. Whiteley against Seth S. Terry. No opinion. Motion for leave to go to the Court of Appeals granted.

WIERS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Charles Wiers against the New York Central & Hudson River Railroad Company. No opinion. Order reversed, and new trial ordered, with costs to the appellant to abide event, unless the respondent stipulates to reduce the verdict to $4,000 as of the date of the rendition thereof, in which event the order is affirmed, without costs of this appeal to either party.

WILCOX, Appellant, v. NORRIS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Joseph Wilcox against England Norris.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to abide event. Held that, in view of the evidence and the charge of the court, we are satisfied that the verdict of the jury was the result of a mistake or misapprehension.

WILCOX, Respondent, v. WILCOX, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by Browning A. Wilcox against Marshall A. Wilcox. No opinion. Interlocutory judgment affirmed, with costs.

WILLIAMS, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by William A. Williams against the Brooklyn Heights Railroad Company. No opinion. Order setting aside verdict affirmed, with costs.

WILLIAMS, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Benjamin F. Wil-